CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 20 2014

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| CHRISTIAN ALLEN MOORE, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:14cv00496 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| SHERIFF JACK WEISENBERGER, | ) | By: Michael F. Urbanski |
|     Defendant. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day it is hereby **ORDERED** that Moore's civil rights complaint pursuant to 42 U.S.C. § 1983 is **DISMISSED without prejudice**, pursuant to 28 U.S.C. § 1915A(b)(1), for failure to state a claim.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 20th day of October, 2014.

/s/ Michael F. Urbanski
United States District Judge